Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.:  16–12714
Chapter:  13
Judge:  A. Benjamin Goldgar

In Re:
　Caryn D. Heftel
　28801 N. Washington Ave.
　Wauconda, IL 60084

Social Security / Individual Taxpayer ID No.:
　xxx–xx–2366

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on September 29, 2017

　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: October 3, 2017　　　　　　　　　Jeffrey P. Allsteadt , Clerk
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court