Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 16−12714
Chapter: 13
Judge: A. Benjamin Goldgar

In Re:
  Caryn D. Heftel
  28801 N. Washington Ave.
  Wauconda, IL 60084

Social Security / Individual Taxpayer ID No.:
  xxx−xx−2366

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on September 29, 2017

FOR THE COURT

Dated: October 3, 2017

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 16-12714-ABG
Caryn D. Heftel                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dpruitt           Page 1 of 2             Date Rcvd: Oct 03, 2017
                              Form ID: ntcdsm         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2017.
```
db           +Caryn D. Heftel,    28801 N. Washington Ave.,    Wauconda, IL 60084-1071
24428582     +Cbna,    701 E 60th Street North,    Sioux Falls, SD 57104-0432
24428587    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
              (address filed with court:  Ditech Financial Llc,     332 Minnesota St Ste 610,
              Saint Paul, MN 55101)
24428586     +Dianna K Kim Md,    250 Center Dr,    Suite 101,    Vernon Hills, IL 60061-1582
25375051     +Ditech Financial LLC,    c/o MRLP, LLC,    1 N. Dearborn, Suite 1200,   Chicago, IL 60602-4337
24428588     +Dr Brent Engleberg Dd,    3440 N Old Arlington Heights Rd,    Arlington Heights, IL 60004-1552
24428590     +Green Tree Home Mortgage,     7360 S Kyrene Road,    Tempe, AZ 85283-8459
24428591     +Kohl/Cap1,    PO Box 6497,    Sioux Falls, SD 57117-6497
24428592      Kohl/Chase(Kohl's Department Store),     Attn: Bankruptcy Department,
              N54W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
24428593     +Lake County Radiology Associates,     PO Box 7876,   Madison, WI 53707-7876
24428594     +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
24428595     +Oac,    Po Box 500,   Baraboo, WI 53913-0500
24428596      Park Ridge Anesthesiology,     PO Box 1123,   Jackson, MI 49204-1123
24428597     +Thomas and Thomas Medical LTD,     1 St. Greenleaf Ste 1,   Gurnee, IL 60031-3370
24428598      Tricounty Emrg Physicians,     1600 High Street,    Pottstown, PA 19464
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
24428580     +E-mail/Text: bankruptcy@acbhq.com Oct 04 2017 01:40:24     American Credit Bureau,
              2755 S Federal Hwy,    Boynton Beach, FL 33435-7742
24428581      EDI: WFNNB.COM Oct 04 2017 01:03:00     CB/Torrid,    Bankruptcy Department,   PO Box 182789,
              Columbus, OH 43218-2789
24730042      EDI: BL-BECKET.COM Oct 04 2017 01:03:00     Capital One NA,    c/o Becket and Lee LLP,
              PO Box 3001,    Malvern PA 19355-0701
24428583     +E-mail/Text: contact@csicollects.com Oct 04 2017 01:43:10     Certified Services Inc,
              1733 Washington St Ste 2,    Waukegan, IL 60085-5192
24428584     +EDI: CHASE.COM Oct 04 2017 01:03:00     Chase BP,    Bankruptcy Department,   PO Box 15298,
              Wilmington, DE 19850-5298
24428585     +EDI: CHASE.COM Oct 04 2017 01:03:00     Chasecard,    Bankruptcy Department,   PO Box 15298,
              Wilmington, DE 19850-5298
24789763      E-mail/Text: bankruptcy.bnc@ditech.com Oct 04 2017 01:40:27     Ditech Financial LLC,
              P.O. Box 6154,    Rapid City, SD 57709-6154
24428589     +E-mail/Text: trisha.diaz@receivemorermp.com Oct 04 2017 01:40:48     Dsg Collect,
              1824 West Grand Av,    Chicago, IL 60622-6721
24571784      EDI: Q3G.COM Oct 04 2017 01:04:00     Quantum3 Group LLC as agent for,    Comenity Bank,
              PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2017 at the address(es) listed below:
```
          Dana N O'Brien    on behalf of Creditor   DITECH FINANCIAL LLC dana.obrien@mccalla.com,
           NDistrict@mccalla.com;veronica.frausto@mccalla.com
          David M Siegel    on behalf of Debtor 1 Caryn D. Heftel davidsiegelbk@gmail.com,
           davidmsiegel@hotmail.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Glenn B Stearns    mcguckin_m@lisle13.com
```

```
District/off: 0752-1          User: dpruitt              Page 2 of 2              Date Rcvd: Oct 03, 2017
                              Form ID: ntcdsm            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kinnera  Bhoopal    on behalf of Creditor    DITECH FINANCIAL LLC kinnera.bhoopal@mccalla.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 5